# COMPOSITE EXHIBIT 1

### Declaration of Till Paris

**I.     Introduction:**

I, Till Paris, declare that I have read the foregoing instrument, and the facts and information stated therein are true, accurate and correct to the best of my knowledge. I am personally acquainted with the facts herein stated.

**II.    Professional Background:**

**1.** I am the President and Founder of Digital Compliance Lab, LLC (hereinafter "DCL"), which is based in Encinitas, California.

**2.** My company was retained by the ADA Legal Team, LLC counsel for Robert (Bob) Glen Myers.

**3.** The Plaintiff has established that he is visually impaired and asserts his rights under the Americans with Disabilities Act (ADA).

**4.** I have been retained to provide consulting services, including auditing websites for compliance, usability, and accessibility standards (WCAG 2.1 A and AA), as well as general coding/functionality analysis for disabled/blind users.

**5.** My duties with DCL include serving as the principal investigator, testifying expert, and overseeing all aspects of digital accessibility audits, compliance reviews and coding/functionality analysis.

**6.** I have extensive experience in artificial intelligence (AI), advanced programming, website development, data architecture/analytics, digital accessibility, usability, and WCAG compliance. My work focuses on creating human-centric web experiences and ensuring all projects adhere to the highest standards of digital accessibility. I provide my Curriculum Vitae (hereinafter "CV") to describe my experience and professional background. My CV is attached as "Exhibit A."

**7.** Specific to website functionality, I have experience in the design, layout, coding, auditing, analyzing, and testing of functionality, security, and operability of websites and their content/materials.

**8.** Specific to ADA Compliance, I have audited and/or directed or directly supervised more than 1000 websites in my career. Included in this work are websites for all major industries that operate on many different platforms.

**9.** My work has identified websites that were both WCAG-compliant as well as non-compliant with WCAG. For the websites that were found to be non-compliant, those entities often relied on my work to conduct audits, bolster their remediation efforts, and effectively correct the issues they were facing.

**III.    Findings:**

**10.** In the present matter, DCL, with me as the principal investigator, was retained by Plaintiff, a visually impaired user of the internet/cyberspace, to determine whether the website of Urban Chestnut Brewing Company, Inc. (hereinafter "Company"), urbanchestnut.com had compliance issues that could not be overcome, significantly impair website usability for visually impaired user and as such these issues acted as barriers to their use and enjoyment of the website.

**11.** As part of my retention, I originally evaluated the Company's website on January 14, 2025, and determined that issues with the website do exist, and these issues would be a barrier to individuals with low to no vision, like Plaintiff. The issues identified by either Plaintiff or via my independent evaluation included, but were not limited to, the following:

 **a. Modal dialog inaccessible for screen reader users** - The modal dialog lacks role and aria attributes, and keyboard focus can shift to background content. This causes users with visual disabilities to struggle to interact with modal dialogs due to focus issues, leading to navigation frustration.

  **b. Missing textual description for informative image** - Informative images lack textual descriptions, preventing screen reader users from understanding their purpose. This omission leaves users with visual disabilities unable to grasp the significance of images, hindering their comprehension of content.

  **c. Missing skip to content link** - The website lacks a 'Skip to content' link, forcing users to navigate through repetitive content. This issue forces users with visual disabilities to struggle to access the main content quickly, leading to inefficient navigation.

  **d. Missing heading mark-up - H1** - The absence of an H1 heading makes it difficult for screen reader users to understand the page structure. This lack causes users with visual disabilities to find it challenging to comprehend content organization, affecting their overall experience.

  **e. Unnecessary alt text for decorative image** - Decorative images have descriptive alt text,

2

which is unnecessary and unhelpful for users with visual impairments. This practice leads to users with visual disabilities encountering irrelevant information, complicating their navigation and understanding of page content.

  **f. Headings not announced for visually impaired users** - Text elements are not marked as headings, leaving users unaware of section purposes. As a result, users with visual disabilities struggle to discern section relevance, impacting their navigation efficiency.

  **g. List mark-up used incorrectly** - Interactive images are incorrectly marked as list items, causing confusion for screen reader users. This problem makes users with visual disabilities found difficulties interpreting content, hindering their understanding and navigation.

  **h. Use of multiple heading 1's <h1>** - Multiple H1 headings are used, confusing screen reader users about page structure. Therefore, users with visual disabilities may find it challenging to understand the page hierarchy, negatively impacting their navigation.

  **i. Non-descriptive and identical links announced for screen reader users** - Links like 'Reserve Tickets' lack descriptive text, making it hard for users to understand their purpose. This lack of clarity leads to users with visual disabilities struggling to identify link destinations, creating confusion and inefficient navigation.

  **j. Role defined inappropriately** - Incorrect role definition on 'Reserve Tickets' links confuses screen reader users. As a result, users with visual disabilities face challenges understanding element purposes, affecting their interaction with the page.

  **k. Non-descriptive link text** - Link text 'Reserve Tickets' does not indicate they open in a new window, causing confusion for screen reader users. Because of this, users with visual disabilities may be unaware of new windows opening, disrupting their browsing experience.

  **l. Missing keyboard support** - Keyboard support is absent for form fields like 'date picker,' affecting users with mobility impairments. This issue causes users with visual disabilities who rely on keyboards to face difficulties accessing form functionality, limiting their interaction.

  **m. Non-interactive elements receive keyboard focus** - Non-interactive elements receive focus due to incorrect 'tabindex' usage, adding unnecessary tab stops. Thus, users with visual disabilities encounter confusion and inefficiency navigating through the extra focus stops.

  **n. Incorrect alternate text for image link** - Logo image link has inaccurate alt text, failing to convey visual information accurately. Therefore, users with visual disabilities cannot access the intended information conveyed by the image, affecting their understanding.

  **o. Breadcrumb links not accessible by screen reader** - Breadcrumb links do not convey visual information to assistive technologies, posing navigation challenges. Therefore, users with visual disabilities struggle with navigation due to the lack of role information, hindering their browsing experience.

  **p. Heading mark-up used unnecessarily** - Text like '$12.00' is incorrectly marked as a heading, confusing screen reader users. This incorrect marking results in users with visual disabilities potentially misunderstanding content structure, leading to navigation difficulties.

  **q. Empty heading found in page source code** - An empty heading is present, confusing screen reader users about content structure. This makes users with visual disabilities think they are missing content, affecting their understanding of the page.

  **r. The 'Add to Cart' message not announced for screen reader users** - Screen reader focus does not shift to updated content after adding to cart, leaving users unaware of changes. As a result, users with visual disabilities miss crucial status updates, impacting their shopping experience on the website.

    These issues collectively impede accessibility and usability, are non-complaint with the WCAG, and remediation efforts should include clear alt text, proper ARIA roles, and structural improvements aligned with WCAG 2.1 Level A or AA standards.

    **12.** That Company's website did not contain an accessibility statement, which is typically included to inform users of the company's commitment to accessibility and the measures taken to ensure compliance with accessibility standards.

**IV.**    **Audit Methodology:**

    **13.** DCL employs an automated audit program that assesses websites for WCAG compliance. The automated auditing program evaluates and identifies compliance and accessibility issues that served as barriers to the Plaintiff or someone similarly situated as well as specific violations of the WCAG.

    **14.** Additionally, DCL conducts a manual auditing process that assists in developing the manual Accessibility Validation Audit. A copy of the Accessibility Validation Audit is provided as "Exhibit B."

    **15.** The manual Accessibility Validation Audit conducted by DCL identified numerous Level A and/or AA issues. All identified issues contribute to accessibility problems for users

with low or no vision using a screen reader and keyboard to navigate and are non-compliant. The manual Accessibility Validation Audit examines a website for features that could impact a user's access to its functionalities in light of the standards presented by WCAG 2.1 Level A or AA.

V. **Conclusion**:

**16.** In addition to the usability and functionality issues herein, many also directly violate WCAG 2.1 Level A or AA. Taking both the automated auditing process and independent manual Accessibility Validation Audit (attached to this declaration), it is my expert opinion, and with a high degree of technical and scientific certainty, that the website urbanchestnut.com has defects that can and will continue to create substantial problems for visually disabled persons, such as the Plaintiff. These defects act as a barrier to the effective use and enjoyment of the website for persons with low to no vision.

Accordingly, I reserve the right to update, alter, change, delete, and supplement, or alternatively file a supplement to this declaration if provided with additional relevant material.

**DECLARANT FURTHER SAYETH NOT.**

Under penalty of perjury, I hereby affirm that the foregoing statements are true and correct.

Respectfully submitted,

April 11, 2025                                                                                         Till Paris

# EXHIBIT A

**Till Paris**
**1106 Second St. #231**
**Encinitas, CA 92024**

**Professional Experience**

**Digital Compliance Labs, LLC**, San Diego, California
Chief Executive Officer (February 2024 to Present)

As the CEO of Digital Compliance Labs, I specialize in website/application compliance, accessibility, and privacy compliance solutions. I ensure ADA and WCAG compliance for websites/applications through expert audits, user testing, remediation, and compliance consulting. Our mission is to create accessible digital experiences for all users and support legal compliance. My work ensures digital experiences are fully accessible to all users while addressing critical legal compliance challenges with precision and expertise. Additionally, I specialize in the technical implementation of data privacy regulations, including the GDPR, CCPA, and APRA.

- Executed in-depth audits, reports, and scans of websites and applications, leading global remediation initiatives for clients navigating compliance challenges and accessibility lawsuits.
- Coordinated user testing sessions to enhance website compliance, accessibility, and usability.
- Provided compliance consulting services to help clients meet legal and regulatory requirements for the WCAG 2.1 and 2.2 A/AA.
- Developed and implemented technical data privacy strategies to ensure compliance with GDPR, CCPA, and APRA.

**Dream Team Media**, San Diego, California
Chief Executive Officer (May 2003 to Present)

As the CEO of Dream Team Media, I lead a digital marketing, strategy and consulting firm. We specialize in advanced programming, AI integration, and database architecture to create human-centric website/application experiences. We develop sophisticated web projects and services, having collaborated with numerous Fortune 500 companies. Our approach emphasizes creativity and best practices, ensuring the creation of inclusive and accessible digital experiences for everyone to enjoy.

- Developed advanced AI systems and organized data, significantly enhancing the quality and intelligence of responses in large-scale critical data projects.
- Ensured all web projects followed best practices for digital accessibility, focusing on WCAG audits and ADA compliance to make our solutions inclusive.
- Created and delivered comprehensive digital solutions, improving user experience and functionality for numerous clients.
- Collaborated directly with Fortune 500 companies to provide tailored digital solutions that meet their specific needs.

# Exhibit B - Urbanchestnut.com

| No. | URL | Summary | Steps to Reproduce | Actual Behavior | Incorrect Code | Expected Behavior | User Impact | WCAG Guidelines and Conformance levels | Reference Link(s) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | https://www.urbanchestnut.com/ ; https://www.urbanchestnut.com/events | Modal dialog inaccessible for screen reader users | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate the page and observe the modal dialog. | The modal dialog (that becomes available once the page gets loaded) gets dynamically added to the page. The following issues were found about the modal dialog: • The role="dialog" is not defined. • The aria-modal attribute is not defined. • The keyboard focus moves on the background content when users press the "Shift" + "Tab" keys from the first interactive element or the "Tab" key from the last interactive element of the modal dialog. • The background content of the page is available for keyboard-only and screen reader users. As a result, it may be difficult to distinguish between the modal dialog content and the page content behind it. | `<div class="modal--window"><img src="https://cdn.prod.website-files.com/5e4ebc6b72db7630908ad675/5e4ebc6b72db7653888ad686_UCBC_4_Color_Logo.jpeg" alt="" class="modal(...)</div>` | Keyboard-only users when interacting with a modal dialog, can view the modal dialog on the screen. However, if their focus fails to move to the modal dialog content they are required to tab-pass all the interactive functionality of the original page before they can move on to the modal dialog. This will result in frustration for keyboard-only users while interacting with the web page. When web page content gets updated dynamically, ensure that the user's focus moves to the updated section. This will help users access the modal dialog content without requiring them to go through the content displayed on the original page from which they accessed the modal dialog. | Visually impaired users | 4.1.2 - A | https://www.w3.org/WAI/ARIA/apg/patterns/dialog-modal/examples/dialog/ |
| 2 | https://www.urbanchestnut.com/ | Missing textual description for informative image | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the informative image. | The textual description was not provided for the informative image. For example, textual description was not provided for the "Urban Chestnut..." informative image. As a result, screen reader users will not understand the purpose of the interactive image. | `<img src="https://cdn.prod.website-files.com/5e4ebc6b72db7630908ad675/5e4ebc6b72db7653888ad686_UCBC_4_Color_Logo.jpeg" alt="" class="modal--image">` | Alternate text provides the information conveyed through images to the users in the form of text. Alternate text is helpful for users with visual disabilities, learning disabilities, users browsing with text browsers, etc. to understand the information conveyed using images. Provide meaningful and descriptive alternate text for images that describe the purpose of the image. Images are elements that are a part of page navigation. As a result, alternate text must be provided for screen reader users to be able to access images. | Visual impaired users | 1.1.1 - A | https://www.w3.org/WAI/tutorials/images/informative/ |
| 3 | https://www.urbanchestnut.com/ ; https://www.urbanchestnut.com/events ; https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Missing skip to content link | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate the page via Tab key. | The "Skip to content" link is not available on the website. | N/A | Skip links are added to a page to help users navigate to the main content of the page quickly by jumping over the repetitive navigation links displayed at the top of each web page of a website. The keyboard-only users and screen reader users benefit by using skip links as they can quickly access the core content of a web page. Visible skip links should be provided at the top of each web page of a website to help users quickly access the core content of the page. If this clutters the web page design then provide hidden skip links and make them visible when they receive keyboard focus. | Visually impaired users | 2.4.1 - A | https://www.w3.org/WAI/WCAG21/Understanding/bypass-blocks |
| 4 | https://www.urbanchestnut.com/ | Missing heading mark-up - H1 | 1. Launch the URL 2. Turn on the screen reader. 3. Observe that Heading level 1 is not present on the page. | The HTML heading markup 1 is missing on the page. This resulted in screen reader users finding it difficult to understand the page content structure. | N/A | Headings are used to add structure to the webpage. Appropriate heading structure enables screen reader users to understand the webpage structure. Use headings in the correct sequence; such as h2 should follow h1, h3 should follow h2, and so on. Making text appear as headings visually by changing the font size or making the text strong will not be identified as a heading by a screen reader. In the absence of appropriate heading level mark-up, the screen reader will treat it as a piece of text and important structure information will not be made available to the users. In addition, screen reader users tend to skim through the web pages using heading-level navigation. Appropriate heading structure enables screen reader users to understand the webpage structure as well as navigate through the webpage easily. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/WCAG21/Understanding/bypass-blocks.html |
| 5 | https://www.urbanchestnut.com/ ; https://www.urbanchestnut.com/events ; https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Unnecessary alt text for decorative image | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the images of page. | Decorative images have been specified as descriptive alternate text such as, "The Grove Bierhall", "Midtown Biergarten", "Measuring", etc. on the page which was found to be unnecessary by users with visual impairments. | `<img src="https://cdn.prod.website-files.com/5e4ebc6b72db7630908ad675/5e66d2a99550c37ac0fadf4e_Urban-Chestnut-Midtown-Brewery-And-Biergarten.jpg" alt="Midtown Biergarten" class="locations-row--image" style="padding: 2px;">` | Alternate text provides the information conveyed through images to the users in the form of text. Alternate text is helpful for users with visual disabilities, learning disabilities, users browsing with text browsers, etc. to understand the information conveyed using images. Provide meaningful and descriptive alternate text for images that describe the purpose of the image. However, if images are decorative then a descriptive alternate text is not required. Empty alternate text (alt="") should be specified for decorative images to ensure that the screen reader skips the same. | Visually impaired users | 1.1.1 - A | https://www.w3.org/WAI/alt/ |
| 6 | https://www.urbanchestnut.com/ ; https://www.urbanchestnut.com/events ; https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Headings not announced for visually impaired users | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate to the "Champagne of the North", "Pumpkin Ale", etc. texts. | The Champagne of the North", "Pumpkin Ale", etc. text elements in the main content area are not marked up using HTML heading markup. The visually impaired users cannot understand the purpose of the section. | `<div class="grid-cards--heading">Pumpkin Ale</div>` | Headings are used to add structure to the webpage. Appropriate heading structure enables screen reader users to understand the webpage structure. Use headings in the correct sequence; such as h2 should follow h1, h3 should follow h2, and so on. Making text appear as headings visually by changing the font size or making the text strong will not be identified as a heading by a screen reader. In the absence of appropriate heading level mark-up, the screen reader will treat it as a piece of text and important structure information will not be made available to the users. In addition, screen reader users have a tendency to skim through the webpages using heading-level navigation. Appropriate heading structure enables screen reader users to understand the webpage structure as well as navigate through the webpage easily. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/tutorials/page-structure/headings/#heading-ranks |
| 7 | https://www.urbanchestnut.com/ | List mark-up used incorrectly | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate under the "UCBC News" heading in the main content area. | The "TICKETS ON SALE NOW: Wolpertinger 2025...", "THE WAIT IS OVER. Bushelhead cans are here!", etc., and interactive images in the main content area are incorrectly included in the list markup. As a result, screen reader users found it difficult to understand the information effectively. | `<div role="list" class="w-dyn-items"><div role="listitem" class="w-dyn-item"><a href="https://www.urbanchestnut.com/our-beers/bushelhead" class="news-events--event-item grid w-inline-block">(...) </div>` | List mark-up enables screen reader users to identify a number of list items. On the basis of appropriate list mark-up, the screen reader announces the beginning and end of a list. This helps users interpret the information effectively. A sighted user can understand the relationship between the textual information based on its visual presentation, such as indentation. However, a screen reader relies on appropriate markup, such as `<li>`, `<ul>`, and `<ol>` to interpret related information effectively. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/tutorials/page-structure/content/#articles |
| 8 | https://www.urbanchestnut.com/events | Use of multiple heading 1's <h1> | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the "Featured Event" heading. | The "UCBC EVENTS/Tours" and "Featured Event" heading elements are defined as heading level 1 incorrectly. This made it challenging for screen reader users to understand the web page structure. | `<h1 class="heading-12">Featured Event</h1>` | Heading 1 of a page describes the core content of the page. A web page generally should have only one heading level 1 (h1) that is indicative of the page contents. Heading level 1 is used to indicate the main topic of the page. Use of more than one h1 on a page can lead to confusion in the minds of users who rely on headings to understand the page content especially users with visual impairments. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/tutorials/page-structure/headings/ |
| 9 | https://www.urbanchestnut.com/events | Non-descriptive and identical links announced for screen reader users | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate the "Reserve Tickets" links in the main content area. | The non-descriptive and identical link text such as "Reserve Tickets" in the main content area does not describe the destination. This makes it very challenging for screen reader users to understand the purpose of the link. | `<div class="Button__Block-sc-1c0eo6i-0 pXEvA jqx-3252684768 eapp-events-calendar-button-link" tabindex="0" role="button" fdprocessedid="4efos">Reserve Tickets</div>` | Link text on a web page should be unique and descriptive. A screen reader presents all the links on a web page in the form of a list. As a result, users will access only the link text and not the surrounding information. | Visually impaired users | 2.4.4 - A | https://www.w3.org/WAI/WCAG21/Understanding/link-purpose-in-context.html |

| # | URL | Issue | Steps | Description | Code | Recommendation | Users | WCAG | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 10 | https://www.urbanchestnut.com/events | Role defined inappropriately | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate the "Reserve Tickets" links in the main content area. | The role button is incorrectly defined on the "Reserve Tickets" links in the main content area. This made it challenging for screen reader users to understand purpose of the element. | `<div class="Button__Block-sc-1c0eo6i-0 pXEvA jsx-3252684768 eapp-events-calendar-button-link" tabindex="0" role="button" fdprocessedid="4efos">Reserve Tickets</div>` | All the interactive elements must be accessible for assistive technology users such as screen readers users. When native HTML elements are used basic information about an element, such as name, role, state, and value is exposed to assistive technologies by default. However, for custom components, this information needs to be made available for assistive technologies so users can interact with the custom components effectively. In this case, use role="link" as the new web page is loading when the user activates the element. | Visually impaired users | 4.1.2 - A | https://www.w3.org/WAI/ARIA/apg/patterns/link/ |
| 11 | https://www.urbanchestnut.com/events https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Non-descriptive link text | 1. Launch the URL. 2. Turn on the screen reader. 3. Navigate to the "Reserve Tickets" link. | The non-descriptive link text "Reserve Tickets" in the main content did not describe that they open in a new window. This made it difficult for screen reader users to understand the purpose of the link. | `<div class="Button__Block-sc-1c0eo6i-0 pXEvA jsx-3252684768 eapp-events-calendar-button-link" tabindex="0" role="button" fdprocessedid="4efos">Reserve Tickets</div>` | Link text on a web page should be unique and descriptive. A screen reader presents all the links on a web page in the form of a list. As a result, users will access only the link text and not the surrounding information. Thus, it is essential to provide meaningful and unique link text to enable screen reader users to understand the link information when read out of context. | Visually impaired users | 2.4.4 - A | https://www.w3.org/WAI/WCAG21/Understanding/link-purpose-in-context.html |
| 12 | https://www.urbanchestnut.com/events | Missing keyboard support | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate the form fields in the main content area. | The keyboard support is missing for the "date picker", "Event type" and "Location" form fields in the main content area. This made it difficult for users with mobility impairments who rely on a keyboard to access images. | `<div class="jsx-3126243248 eapp-events-calendar-dates-input"><div class="jsx-3126243248 eapp-events-calendar-dates-inputText">Dates</div><svg[...]</div>` | All the page functionality should be accessible with different input devices used by the users. Users should be able to access the page functionality with a pointing device, such as a mouse, a keyboard, or any other input device. Users with visual impairments and mobility impairments use a keyboard to access the internet. Lack of keyboard access makes it difficult for users with visual and mobility impairments to access web page functionality. | Visually impaired users | 2.1.1 - A 4.1.2 - A | https://www.w3.org/WAI/WCAG21/Understanding/keyboard.html https://www.w3.org/WAI/ARIA/apg/patterns/combobox/examples/combobox-select-only/ https://www.w3.org/WAI/ARIA/apg/patterns/dialog-modal/examples/datepicker-dialog/ |
| 13 | https://www.urbanchestnut.com/events | Non-interactive elements receive keyboard focus | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the "Tickets $12, Includes Beer!", "$5 zwickel…", etc. text. | Non-interactive <div> element containing the text "Tickets $12, Includes Beer!", "$5 zwickel…", etc. text receives keyboard focus. Inaccurate use of the 'tabindex' attribute in the HTML code of the page is the source of the problem. The 'tabindex' attribute has been incorrectly specified for the non-focusable elements. This resulted in keyboard-only users having to go past an additional tab stop while navigating between the page content. | `<div aria-label="Event tags" tabindex="0" class="jsx-1298194897 eapp-events-calendar-tags-component eapp-events-calendar-list-item-tags"><div class="jsx-1298194897 eapp-events-calendar-tags-item">Brewery Tour</div><div class="jsx-1298194897 eapp-events-calendar-tags-item">Tickets $12, Includes Beer! </div></div>` | Keyboard users and screen reader users use the 'Tab' key to move from one element to another on a web page. A logical tab order helps keyboard and screen reader users access the page easily. In the absence of a logical tab order, users who rely on a keyboard will get confused when they tab from one interactive element on a page to another. This will result in a poor experience for keyboard-only users. | Visually impaired users | 2.4.3 - A | https://www.w3.org/WAI/WCAG21/Understanding/focus-order.html |
| 14 | https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Incorrect alternate text for image link | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the logo image. | Alternate text is found to be inaccurate for the logo image link in the header section. For instance, the alternate text of an informative image is provided as "home" which does not provide the same information that is visually conveyed by the image. | `<a href="/" class="main-logo main-logo--header w-nav-brand" aria-label="home"><img src="https://cdn.prod.website-files.com/5e4ebc6b72db7630908ad675/5e4ebc6b72db76f59b8ad67e_ucbc-logo.svg" alt="" class="main-logo--img"></a>` | Alternate text provides the information conveyed through images to the users in the form of text. Alternate text is helpful for users with visual disabilities, learning disabilities, users browsing with text browsers, etc. to understand the information conveyed using images. Provide meaningful and descriptive alternate text for images that describe the purpose of the image. | Visually impaired users | 1.1.1 - A | https://www.w3.org/WAI/tutorials/images/functional/ |
| 15 | https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Breadcrumb links not accessible by screen reader. | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the Breadcrumb section. | Breadcrumb components are useful for allowing large amounts of web content to be presented in sequential pages while providing a way of navigating those pages. However, breadcrumb can present several accessibility challenges when all the visual information is not conveyed to assistive technologies. | `<ul class="breadcrumb"><li class="location-node"><a href="" class="location-title home-link">Home</a></li>(...)</ul>` | Assistive technologies rely on an element's information, such as role, state, and properties to convey the element's information to their users. An element's role helps assistive technology users to understand what key they need to press in order to interact with it. When appropriate role information is not specified accurately for a web page element, it becomes confusing for assistive technology users (especially screen reader users) and in some cases even difficult for users to interact with the functionality associated with the element. | Visually impaired users | 1.3.1 - A 4.1.2 - A | https://www.w3.org/WAI/ARIA/apg/patterns/breadcrumb/ |
| 16 | https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Heading mark-up used unnecessarily | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the "$12.00" text. | The "$12.00" text is incorrectly defined as the heading level 3. This created confusion in the minds of screen reader users about the content structure. | `<h3 data-v-0d4a2734="" data-v-36793a44="" data-v-3809551c="" class="text-component product__price 19-7-0uGevg 19-7-0sEevC[...]</h3>` | Headings are used to add structure to the webpage. Appropriate heading structure enables screen reader users to understand the webpage structure. Use headings in the correct sequence; such as h2 should follow h1, h3 should follow h2, and so on. When content that does not constitute a heading is marked up as a heading, screen reader users may find it difficult to understand the content structure of the webpage. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/tutorials/page-structure/headings/ |
| 17 | https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | Empty heading found in page source code | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to heading using the screen reader. | Empty heading is included in the main content area. As a result, screen reader users found it difficult to understand the page's content structure. | `<h2 class=" 19-7-0uGevg 19-7-0MXP4r" style="line-height: 1.1; letter-spacing: -0.01em; --mobile-base-font-size: 16; --mobile-font-size-scale: 1.15; font-family: Rubik; font-weight: 700; color: rgb (0, 0, 0); text-transform: uppercase;"></h2>` | Headings are used to add structure to the web page. Appropriate heading structure enables screen reader users to understand the web page structure. Use headings in the correct sequence; such as h2 should follow h1, h3 should follow h2, and so on. When empty headings are provided on the page, screen readers may identify the presence of a heading that doesn't exist and users may think that they are missing out on some content. | Visually impaired users | 1.3.1 - A | https://www.w3.org/WAI/tutorials/page-structure/headings/ |
| 18 | https://urbanchestnut-orderonline.square.site/product/brewerytour/1192?cs=true&cst=custom | The "Add to Cart" message not announced for screen reader users | 1. Launch the URL 2. Turn on the screen reader. 3. Navigate to the "Attend $12.00" button and activate it. 4. Verify that the keyboard focus moves to the add cart popup. | When the user activates the "Attend $12.00" button, a popup appears in the main content area. However, the keyboard and screen reader focus do not shift to the newly updated content on the page. As a result, users relying on assistive technology are unaware that the item has been added to the cart. | `<button data-v-ceb0f48a="" type="button" data-dd-action-name="add-to-cart" class="cart-button 19-7-0vQBWk 19-7-0wcHKQ 19-7-0pt7y9 19-7-0_NBaS 19-7-0vaDLi" style="--color-main: #253546; --color-contrast: #ffffff; --color-hover: #334961; --color-active: #415d7b; --color-focus: #2535464d; --border-radius: 0px; --border-...` | Status messages are often used on the web to convey important information to users. These messages are either displayed in text or even in the form of icons and images. Different types of status messages include information about errors occurring on a page, successful form submission, results of actions taken by users, progress of a task, etc. These messages often get dynamically added to the page resulting in screen reader users becoming unaware of their presence on the page. Therefore it is essential that whenever a status message gets added on the page, it is made available for screen reader users. | Visually impaired users | 4.1.3 - AA | https://www.w3.org/WAI/WCAG21/Understanding/status-messages.html |